UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA ANN PLASKETT,<br><br>Defendant. | 2:11-cr-293-LDG-VCF<br><br>**ORDER** |

**ORDER**

IT IS FURTHER ORDERED that the revocation hearing currently scheduled for Monday, December 29, 2014, be vacated and continued to _January 26, 2015_ at the hour of _9:00_ a.m.

DATED this _23_ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3